THE STATE OF OHIO, APPELLANT, *v.* PRESTON, APPELLEE.

[Cite as State *v.* Preston (1990), 52 Ohio St. 3d 270.]

(No. 89-1814—Submitted May 29, 1990—Decided July 25, 1990.)

APPEAL from the Court of Appeals for Clermont County, No. CA89-04-027.

*Donald W. White,* prosecuting attorney, and *Timothy E. Schneider,* for appellant.

*W. Stephen Haynes,* for appellee.

This case is reversed and remanded on authority of *State* v. *Chip-* *pendale* (1990), 52 Ohio St. 3d 118, 556 N.E. 2d 1134.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT and RESNICK, JJ., concur.

H. BROWN, J., dissents.